UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.206.113.196,<br><br>Defendant.<br><br>(AND RELATED CASES) | No.  2:15-cv-2701-JAM-KJN, et al.<br><br><u>RELATED CASE ORDER</u> |

Examination of the cases listed in the attachment to this order reveals that those actions are related within the meaning of Local Rule 123.  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that all actions listed in the attachment to this order be reassigned to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further

1

proceedings.  Any hearings or conferences previously scheduled before other judges or magistrate judges in the Sacramento division are VACATED, subject to rescheduling as appropriate. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:XX-CV-XXXX-JAM-KJN.

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

     The Clerk of Court shall file a copy of this order in each of the related cases listed in the attachment to this order.

     IT IS SO ORDERED.

DATED:  April 6, 2016

                                             /s/ John A. Mendez_____
                                             UNITED STATES DISTRICT COURT JUDGE

1  ATTACHMENT TO ORDER - LIST OF RELATED CASES

2

3  2:15-cv-02701-JAM-KJN *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address*
4  *108.206.113.196*
5  2:15-cv-02703-KJM-EFB *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address*
6  *108.213.72.144*
7  2:15-cv-02704-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address*
8  *108.247.9.93*
9  2:15-cv-02706-JAM-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address*
10 *172.15.36.234*
11 2:15-cv-02707-TLN-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
12 *67.164.209.116*
13 2:15-cv-02708-MCE-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address*
14 *67.187.164.5*
15 2:15-cv-02709-KJM-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
16 *73.220.64.72*
17 2:15-cv-02710-KJM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address*
18 *75.53.173.243*
19 2:15-cv-02711-MCE-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
20 *76.103.77.185*
21 2:15-cv-02713-JAM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address*
22 *76.201.82.10*
23 2:15-cv-02714-MCE-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address*
24 *76.220.64.163*
25 2:15-cv-02715-JAM-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address*
26 *98.208.11.168*
27 2:15-cv-02716-TLN-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
28 *99.51.1.152*

| | |
|---|---|
| 1 | 2:16-cv-00329-WBS-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 2 | *174.50.166.111* |
| 3 | 2:16-cv-00330-TLN-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 4 | *71.193.37.58* |
| 5 | 2:16-cv-00332-MCE-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 6 | *24.23.36.202* |
| 7 | 2:16-cv-00333-WBS-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 8 | *50.161.91.225* |
| 9 | 2:16-cv-00335-MCE-KJN *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address* |
| 10 | *50.197.137.173* |
| 11 | 2:16-cv-00337-TLN-AC *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address* |
| 12 | *67.174.50.154* |
| 13 | 2:16-cv-00338-JAM-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 14 | *50.197.172.9* |
| 15 | 2:16-cv-00340-JAM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 16 | *67.182.165.59* |
| 17 | 2:16-cv-00342-TLN-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 18 | *71.197.126.47* |
| 19 | 2:16-cv-00343-JAM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 20 | *73.41.19.65* |
| 21 | 2:16-cv-00344-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 22 | *73.41.243.169* |
| 23 | 2:16-cv-00345-TLN-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 24 | *71.198.67.140* |
| 25 | 2:16-cv-00348-JAM-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 26 | *73.162.9.38* |
| 27 | 2:16-cv-00349-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address* |
| 28 | *73.41.50.157* |

1. 2:16-cv-00350-KJM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address 76.105.55.229*
2. 2:16-cv-00353-JAM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address 76.127.98.64*
3. 2:16-cv-00354-KJM-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.208.3.49*
4. 2:16-cv-00356-JAM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.234.74.153*
5. 2:16-cv-00357-TLN-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.252.71.18*
6. 2:16-cv-00358-TLN-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.242.19.2*
7. 2:16-cv-00359-KJM-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.255.105.148*
8. 2:16-cv-00361-WBS-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.255.194.107*
9. 2:16-cv-00362-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.255.70.3*
10. 2:16-cv-00662-MCE-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address 107.0.114.31*
11. 2:16-cv-00663-MCE-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address 24.7.167.107*
12. 2:16-cv-00664-TLN-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address 50.161.251.139*
13. 2:16-cv-00665-JAM-CMK *Malibu Media, LLC v. John Doe subscriber assigned IP address 50.173.95.11*
14. 2:16-cv-00666-JAM-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address 50.185.190.163*

1    2:16-cv-00667-KJM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address*
2    *67.161.184.213*
3    2:16-cv-00668-JAM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address*
4    *67.172.190.43*
5    2:16-cv-00669-TLN-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address*
6    *67.182.8.88*
7    2:16-cv-00670-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address*
8    *67.187.251.39*
9    2:16-cv-00671-MCE-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
10   *71.195.189.172*
11   2:16-cv-00672-KJM-KJN *Malibu Media, LLC v. John Doe subscriber assigned IP address*
12   *73.151.65.105*
13   2:16-cv-00673-JAM-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
14   *73.12.185.195*
15   2:16-cv-00674-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address*
16   *73.185.6.10*
17   2:16-cv-00676-MCE-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
18   *73.2.104.254*
19   2:16-cv-00677-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address*
20   *76.114.19.10*
21   2:16-cv-00678-JAM-CMK *Malibu Media, LLC v. John Doe subscriber assigned IP address*
22   *76.114.46.77*
23   2:16-cv-00679-KJM-AC *Malibu Media, LLC v. John Doe subscriber assigned IP address*
24   *98.252.121.31*
25   2:16-cv-00681-KJM-EFB *Malibu Media, LLC v. John Doe subscriber assigned IP address*
26   *76.20.63.241*
27   2:16-cv-00682-TLN-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address*
28   *98.255.135.103*

2:16-cv-00683-TLN-CKD *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.238.242.50*