UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. 2:15-cv-2701-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.206.113.196, | |
| Defendant. | |

On May 5, 2016, the court conducted a hearing with respect to plaintiff's *ex parte* motions to conduct expedited discovery pending in this and several related actions. (ECF No. 9.) In connection with those motions, plaintiff lodged with the court for *in camera* review a status report addressing various questions/issues outlined in the court's April 8, 2016 order scheduling the May 5, 2016 hearing (ECF No. 8), as well as representative samples of plaintiff's settlement correspondence and settlement agreements. At the May 5, 2016 hearing, attorneys Brian Heit and Brenna Erlbaum appeared on behalf of plaintiff, along with their client and plaintiff's sole owner, Colette Pelisseir Field.

At the hearing, plaintiff's counsel agreed that the status report may be filed on the court's public docket. However, counsel requested that the exhibits to the status report, which reflect

sensitive and personal information, including confidential settlement communications and settlement agreements, be filed under seal, which the court finds appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to file plaintiff's April 28, 2016 status report (excluding the exhibits) on the court's public docket.
2. The Clerk of Court shall FILE UNDER SEAL Exhibits A and B to the April 28, 2016 status report.
3. An order addressing the merits of the pending *ex parte* motions for expedited discovery will issue separately in due course.

IT IS SO ORDERED.

Dated:  May 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2